PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Shavar Williams

Cr.: 19-00383-001
PACTS #: 5678803

Name of Sentencing Judicial Officer:   THE HONORABLE BRIAN R. MARTINOTTI
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/28/2020

Original Offense:   Count One: Conspiracy to Distribute Controlled Substance, 21 U.S.C. § 846

Original Sentence: 14 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Alcohol Treatment, Drug Treatment, Mental Health Treatment, Substance Abuse Testing, Alcohol Restrictions

Type of Supervision: Supervised Release          Date Supervision Commenced: 07/28/2020

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The individual under supervision has violated the special supervision condition which states **"You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with condition."** |

On February 27, 2023, Mr. Williams tested positive for alcohol. It was later laboratory confirmed positive for ethyl glucuronide and ethyl sulfate. The undersigned officer spoke with Mr. Williams, who denied the use of any alcohol at any time. Mr. Williams advised that he has been sober for over 15 years now and has not imbibed any alcohol or products with alcohol in it. He noted that he takes his sobriety seriously and would not risk that at any time.

U.S. Probation Officer Action:

The undersigned officer advised Mr. Williams that the Court would be informed as to the test, to which he stated understanding. Mr. Williams has been compliant and cooperative during his time on supervised

Prob 12A – page 2
Shavar Williams

release and has had no other issues while on supervised release. Mr. Williams is scheduled to terminate supervised release on July 23, 2023, and with the exception of this second positive test for a substance, Mr. Williams has maintained employment, has been compliant with all conditions and has had no new arrests to report. At this juncture, it is respectfully requested that no action be taken by the Court, as the undersigned officer will monitor his subsequent drug test through Recovery Innovations and will update the Court as needed regarding any future non-compliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   TIFFANY A. FRANCIS
U.S. Probation Officer

/ taf

APPROVED:

_____     4/10/2023
STEVEN ALFREY          Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____
April 10, 2023
Date